# Fidelity National Law Group
350 Fifth Avenue, Suite 3000
New York, New York 10118

**David J. Wolkenstein, Esq.**
V.P., Litigation Attorney
Tel: (646) 708-8085
Fax: (212) 594-8378
David.Wolkenstein@fnf.com

October 4, 2019

Honorable Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Stewart v. Loring Estates, LLC, et al.**
              **Docket No. 18-cv-2283 (MKB)(SMG)**

Dear Judge Brodie:

    This office represents Chicago Title Insurance Company and Fidelity Title Insurance Company (jointly, "Fidelity"), two of the defendants in the above-referenced matter. Enclosed herein, please find courtesy copies of the Fidelity's Motion to Dismiss (ECF Doc. Nos. 57 – 59), and Fidelity's Reply Memorandum of Law in Further Support of the Motion to Dismiss and in Opposition to the Plaintiffs' Motions to Amend, and Fidelity's Reply Affirmation of David Wolkenstein (ECF Doc. Nos. 76 – 78).

                                      Respectfully submitted,

                                        /s/ David J. Wolkenstein

                                        David J. Wolkenstein

cc:  Plaintiff's via First Class Mail
      All Other Appearing Parties via ECF