UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RADHICA PARSARAM, MALCOLM
CARRINGTON, RAFAEL CASTRO,
CHERYL STEWART, ROGER WAGNER,
WAYNE DORSET, HAZEL CLARKE,
VERNON WELLS, MERVYN DYER
and FRED HARRY,

                Plaintiffs,                  JUDGMENT

   - against –

                                            18-CV-2283(MKB)(SMG)

CHICAGO TITLE INSURANCE COMPANY,
FIDELITY TITLE INSURANCE COMPANY,
HSBC BANK, USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
THE HOLDERS OF THE DEUTSCHE
ALT-A SECURITIES, INC., MORTGAGE
PASS THROUGH CERTIFICATES,
SERIES 2007-0A4, MORTGAGE
ELECTRONIC REGISTRATION SYSTEM
(MERS) I, J.P. MORGAN CHASE N.A.,
DEUTSCHE BANK NATIONAL
CORPORATION, SELECT PORTFOLIO
SERVICING, U.S. BANK, N.A.,
WASHINGTON TITLE INSURANCE
COMPANY, OPTION ONE MORTGAGE
CORPORATION, OPTION ONE
MORTGAGE CORPORATION, H&R
BLOCK BANK, H&R BLOCK BANK, FSB,
GRP LOAN, LLC, LETOM MANAGEMENT
LLC., LA SALLE BANK N.A., U.S. BANK, N.A.,
KONDAUR CAPITAL CORPORATION,
UNITED GENERAL INSURANCE COMPANY,
UNITED STATES OF AMERICA THROUGH
 THE INTERNAL REVENUE SERVICE (IRS),
NYC DEPARTMENT OF BUILDINGS,
NYC DEPARTMENT OF TRANSPORTATION,
LORING ESTATES, TRIUMPH ABSTRACT,
LLC., LORING ESTATES HOME OWNERS
ASSOCIATION, FIRST NORTH AMERICAN
ABSTRACT AND SETTLEMENT CORP.,
STOUT STREET FUNDING LLC., HALIFAX
GROUP, LLC., GRIFON-LORING, LLC.,
PARAGON MORTGAGE BANKERS CORP.,

PARKVIEW FINANCIAL CENTER, INC.,
NORTH SHORE INVESTORS REALTY
GROUP LLC, INDIVIDUALLY GREGORY
HOLLAND, TED DOUMAZIOS, THOMAS
KONTOGIANNIS, ANNETTE APERGIS,
GEORGIA KONTOGIANNIS, FRANCO
VITELLOZZI, CARMINE CUOMO,
LORENZO DELUCA, ALAN WEINREB,
MARK GALLAN,WILLIAM HARRIS,
CHLOE KONTOGIANNIS, ANTHONY
FOCARILE, JOSEPH JEFFERIES, EL,
MICHAEL RICARDO, AGATHA LUKA,
STEPHEN MARTINI, JOHN T. MICHAEL,
TOPPIN, SANDY ABREU, ARIS FONTIS,
ELBIDO TAVARES, WILSON TAVARES,
CELESTINE MILLER and GEORGE PRIOS,
                    Defendants.
----------------------------------------------------------x

An Order of United States District Judge Margo K. Brodie, having been filed on March 13, 2020, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated February 26, 2020, denying Plaintiffs' motions to amend the caption and the Amended Complaint and request for a preliminary injunction; granting the motions to dismiss; dismissing Plaintiffs' RICO claims with prejudice; dismissing Plaintiffs' state law claims without prejudice; declining to grant Plaintiffs' leave to file a second amended complaint; and dismissing this action; it is

ORDERED and ADJUDGED that Plaintiffs' motions to amend the caption and the Amended Complaint and request for a preliminary injunction are denied; that the motions to dismiss are granted; that Plaintiffs' RICO claims are dismissed with prejudice; that Plaintiffs' state law claims are dismissed without prejudice; that the Court declines to grant Plaintiffs' leave to file a second amended complaint; and that this action is dismissed.

Dated: Brooklyn, New York  
      March 16, 2020

Douglas C. Palmer  
Clerk of the Court

By:*/s/Jalitza Poveda*  
    Deputy Clerk